**Buddy MASON, Plaintiff–Appellant,**

v.

**Ron ANGELONE; L. Jarvis; Dr. Harland; Nena Adams; Mark E. Williams, D.D.S., Defendants–Appellees.**

No. 03–6589.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 14, 2003.

Decided Aug. 21, 2003.

Buddy Mason, Appellant Pro Se. Alexander Leonard Taylor, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; George W. Wooten, Peter Duane Vieth, Eunice Park Austin, Wooten & Hart, P.C., Roanoke, Virginia, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Buddy Mason appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mason v. Angelone,* No. CA–01–309–7 (W.D.Va. Mar. 31, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*